# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA, ex rel
R. CHARLES NICHOLS, JR., M.D.,

    Plaintiff,

vs.                                                CASE NO. 5:09cv161/RS-EMT

PANAMA CITY UROLOGICAL CENTER,
P.A.,

    Defendant.
_____/

## ORDER

Before me is Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. 21). The clerk is directed to close the file.

**ORDERED** on June 16, 2010.

                                  /S/ Richard Smoak
                                  **RICHARD SMOAK**
                                  **UNITED STATES DISTRICT JUDGE**